JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS LEE, on behalf of himself and all others similarly situated, | Case No. CV 23-4704 FMO (KSx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| GN TRANSPORTATION LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 20th day of August, 2024.

/s/
Fernando M. Olguin
United States District Judge